1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7          EASTERN DISTRICT OF WASHINGTON
8

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> 2001 MERCEDES-BENZ 430 COUPE, <br> and 2004 BMW 325Ci CONVERTIBLE, <br><br> Defendants. | No. 2:17-cv-00164-SAB <br><br><br> ORDER GRANTING MOTION TO <br> DISMISS CIVIL FORFEITURE <br> COMPLAINT |

        Before the Court is the United States' Motion to Dismiss Civil Forfeiture Complaint, ECF No. 13. The United States asks that the above-captioned action be dismissed pursuant to Fed. R. Civ. P. Rule 41(a)(2), with prejudice. The United States indicates that it no longer seeks judicial forfeiture of the Defendant vehicles.

        Accordingly, **IT IS HEREBY ORDERED** that:

        1.  The United States' Motion to Dismiss Civil Forfeiture Complaint, ECF No. 13, is **GRANTED**.

        2.  The above-captioned Complaint is **DISMISSED**, **with prejudice**.

/// 
/// 
/// 

ORDER GRANTING MOTION TO DISMISS CIVIL FORFEITURE
COMPLAINT ~ 1

1    **IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order,

2  forward copies to counsel, and close the file.

3    **DATED** this 28th day of August 2017.



                                      Stanley A. Bastian
                                   United States District Judge

ORDER GRANTING MOTION TO DISMISS CIVIL FORFEITURE
COMPLAINT ~ 2